PAULA CANNY, SBN 96339
Canny and Canny, APC
840 Hinckley Road, Suite 101
Burlingame, CA 94010
Telephone: (650) 652-7862
Facsimile: (650) 652-7835
Email: defensedog@aol.com

Attorneys for Defendant
MARK WARREN ALLINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 19-CR-00144 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| vs. | |
| MARK WARREN ALLINGER, | |
| Defendant. | |

Due to defense counsel's medical issues and so that the parties have sufficient time to prepare for Defendant's sentencing in this case, the parties agree to continue the sentencing date in this matter to December 3, 2019.

**SO STIPULATED.**

Dated: September 15, 2019

                                     /S/
                             Paula Canny, Attorney for Defendant
                             MARK WARREN ALLINGER

Dated: September 16, 2019

                                     /S/
                             Eric Cheng, Assistant United States Attorney

**SO ORDERED.**

Dated: 9-16-19

                             Honorable Richard Seeborg
                             United States District Judge