1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ERIC CHENG (CABN 274118)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-7234
    Eric.Cheng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 19-0144 RS |
|     Plaintiff, ) | **STIPULATION REGARDING RESTITUTION AND ORDER** |
|   v. ) | |
| MARK WARREN ALLINGER, ) | |
|     Defendant. ) | |

    The defendant in the above-captioned case pleaded guilty on July 30, 2019 to the only count of the charged Indictment. At the time of sentencing on December 3, 2019, the Court scheduled a restitution hearing for February 18, 2020, which was continued to February 25, 2020.

    The parties hereby stipulate that the attached proposed order correctly sets forth the parties' agreements regarding the restitution amounts owed by the defendant and the individuals entitled to receive such payments.

    Because the parties have reached agreement on the appropriate restitution in this case, the parties jointly agree and request that the restitution hearing scheduled for February 25, 2020 be vacated.

    IT IS SO STIPULATED.

STIPULATION REGARDING RESTITUTION     1
CR 19-0144 RS

1  DATED: February 24, 2020                    Respectfully submitted,

2

3                                              _____/s/_____
                                               ERIC CHENG
4                                              Assistant United States Attorney

5                                              _____/s/_____
                                               PAULA CANNY
6                                              Counsel for Defendant Mark Warren Allinger

STIPULATION REGARDING RESTITUTION          2
CR 19-0144 RS

# ORDER

The defendant, Mark Warren Allinger, entered a plea of guilty to the charge set forth in the captioned Indictment. At sentencing, this Court deferred the question of restitution. Based upon the parties' stipulation and agreement, the Court adopts the proposed restitution order recommended by the parties. *See* 18 U.S.C. § 2259(a).

IT IS HEREBY ORDERED that the defendant shall pay restitution in the amount of $36,000 within two business days of entry of this order. Restitution payments shall be made to the **Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102**. The individuals entitled to receive restitution payments are as follows:

| **Victim - Series** | **Address for Payment** | **Amount** |
|---|---|---|
| Angela | Lenahan Law, P.L.L.C., F/B/O Angela<br>2655 Villa Creek, Suite 222<br>Dallas, Texas 75234 | $2,000 |
| Blaze1<br>-A.B. | Erin K. Olson fbo A.B.<br>Law Office of Erin Olson, P.C.<br>2014 NE Broadway Street<br>Portland, OR 97232 | $2,000 |
| BluesPink<br>-Fiona | Marsh Law Firm PLLC in trust for Fiona<br>P.O. Box 4668 #65135<br>New York, NY 10163-4668 | $2,000 |
| CinderblockBlue | Marsh Law Firm PLLC in trust for Jane<br>PO Box 4668 #65135<br>New York, NY 10163-4668 | $2,000 |
| Cindy | Cusack, Gilfillan & O'Day, LLC for "Cindy"<br>415 Hamilton Boulevard<br>Peoria, Illinois 61602 | $2,000 |
| JanSocks<br>-Sierra | Carol L. Hepburn in trust for Sierra<br>200 First Avenue West, Suite 550,<br>Seattle, WA 98119 | $2,000 |
| Jenny | Marsh Law Firm PLLC in trust for Jenny<br>PO Box 4668 #65135<br>New York, NY 10163-4668 | $2,000 |
| Jessica | Marsh Law Firm PLLC in trust for Jessica<br>PO Box 4668 #65135<br>New York, NY 10163-4668 | $2,000 |
| Lighthouse1<br>-Maureen | Deborah A. Bianco, in trust for Maureen<br>14535 Bellevue-Redmond Road<br>Suite 201, Bellevue, WA 98007 | $2,000 |
| Marineland | Carol L. Hepburn in trust for Sarah<br>200 First Avenue West, Suite 550<br>Seattle, WA 98119 | $2,000 |
| PinkHeartSisters<br>-Erika | Marsh Law Firm PLLC in trust for Erika and Tori<br>Marsh Law Firm, Box 4668 #65135,<br>New York, NY 10163-4668 | $2,000 |

| Victim - Series | Address for Payment | Amount |
|---|---|---|
| PinkHeartSisters -Tori | Marsh Law Firm PLLC in trust for Erika and Tori<br>Marsh Law Firm, Box 4668 #65135,<br>New York, NY 10163-4668 | $2,000 |
| RapJerseys | Deborah A. Bianco, in trust for Kauzie<br>14535 Bellevue-Redmond Road, Suite 201,<br>Bellevue, WA 98007 | $2,000 |
| Sweet Sugar -Ava | Deborah A. Bianco in trust for Pia and Ava<br>14535 Bellevue-Redmond Road, Suite 201,<br>Bellevue, Washington | $2,000 |
| Sweet Sugar -Pia | Deborah A. Bianco in trust for Pia and Ava<br>14535 Bellevue-Redmond Road, Suite 201,<br>Bellevue, Washington | $2,000 |
| Tara | *Address to be provided by Probation* | $2,000 |
| TightsnGold -Emily | Tanya Hankins in trust for Emily<br>Law Office of Erik Bauer<br>215 Tacoma Ave. S.,<br>Tacoma, WA 98402 | $2,000 |
| Vicky | Carol L. Hepburn in trust for Vicky<br>200 1st Ave W., Suite 550<br>Seattle, WA 98119-4203 | $2,000 |

Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3644(m).

IT IS FURTHER ORDERED that the restitution hearing scheduled for February 25, 2020 is hereby VACATED. The Court will issue an amended judgment that reflects this restitution order.

DATED: 2/24/2020

HON. RICHARD SEEBORG
United States District Judge

STIPULATION REGARDING RESTITUTION    4
CR 19-0144 RS